NO. PD-1272-15

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

PAUL ANTWANN HARLAN,
Petitioner,

V.

THE STATE OF TEXAS,
Respondent.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

From Appeal No. 06-14-00236-CR
Trial Court Cause No. F13-56882-K
Dallas County, Texas

## MOTION TO SUSPEND RULE 9.3, PURSUANT TO RULE 2, TEXAS RULES OF APPELLATE PROCEDURE

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Paul Antwann Harlan, TDCJ #1969190, "Petitioner," pro se, and files this Motion to Suspend Texas Rule of Appellate Procedure Rule 9.3, the requirement for eleven (11) copies of a petition to be filed. Texas Rule of Appellate Procedure Rule 2 states as follows: "On a party's motion or on its own initiative an Appellate Court may - to expedite a decision or for other good cause - suspend a rule of operation in a particular case and order a different procedure ..." In support of this motion, Petitioner shows this Honorable Court the following:

I.

The Petitioner was convicted in the 4th District Court of Dallas County, Texas, of the offense of Aggravated Robbery, with a deadly weapon, in Cause No. F13-56882-K, styled State of Texas vs. Paul Antwann Harlan. The Petitioner is presently incarcerated at the French M. Robertson Unit Jones County, Abilene, TX.

## II.

Petitioner's request to suspend Rule 9.3 is based upon the following facts: Texas Department of Criminal Justice does not allow copies to be made for a fee or otherwise. The Petitioner has no means of being able to acquire the required (11) copies of the Petition, as he is not afforded the luxury of a copy machine and must do everything by hand; which could be lenghty and time consuming, affecting the timeliness of Petitioner's filing of his Petition for Discretionary Review.

### PRAYER:

**WHEREFORE, PREMISES CONSIDERED,** Petitioner prays this Honorable Court will **GRANT** this motion and suspend Rule 9.3 of the Texas Rules of Appellate Procedure, allowing Petitioner to proceed upon filing one copy of his Petition with the Court.

I, **Paul Antwann Harlan, TDCJ #1969190,** being presently incarcerated at the French M. Robertson Unit of the Texas Department of Criminal Justice in Jones County, Texas; hereby verfiy and declare under penalty of perjury that the foregoing statements are both true and correct, as well as offered in good faith.

[Tex.Civ.Prac.& Rem.Code § 132.001-003 et seq./Title 28 U.S.C. § 1746]
(A signed/dated copy of this MOTION shall have the same validity as its original)

**SIGNED AND EXECUTED on this the __4th__ day of November, 2015.**

RESPECTFULLY   SUBMITTED,

/s/ Paul Harlan

Petitioner, Pro Se

Paul Antwann Harlan #1969190
French M. Robertson Unit
12071  F.M.  3522
Abilene, Texas  79601
(325) 548-9035

### CERTIFICATE  OF  SERVICE:

The above signer hereby certifies that a true and correct copy of the foregoing MOTION TO SUSPEND RULE 9.3 has been forwarded via 1st Class U.S. Mail, Postage Pre-Paid, to the attorney of Respondent: G. Brian Garrison at 133 N. Riverfront Blvd.; LB 19, Dallas Texas  75207 and the Office of Attorney General P.O. Box 12548 Austin, Texas  78711-2548; on this the 4th day of November, 2015.

Paul Antwann Harlan #1969190